UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

D<span>ONALD</span> M<span>ARX</span>,                                )
               Plaintiff,              )
                                        )   No. 1:18-cv-1151
-v-                                          )
                                        )   Honorable Paul L. Maloney
C<span>OMMISSIONER OF</span> S<span>OCIAL</span> S<span>ECURITY</span>,   )
               Defendant.             )
                                        )

## JUDGMENT

The Court has affirmed the final decision of the Commissioner of Social Security.

Having resolved all pending claims, as required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

      **THIS MATTER IS TERMINATED.**

      **IT IS SO ORDERED.**

Date:  February 25, 2020                         /s/ Paul L. Maloney
                                                       Paul L. Maloney
                                                        United States District Judge